IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LUIS DUARTE,

    Petitioner,                             JUDGMENT IN A CIVIL CASE

  v.                                        Case No.  14-cv-340-jdp

WARDEN JEFFREY PUGH AND
STANLEY CORRECTIONAL
INSTITUTION,

    Respondents.

This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition for writ of habeas filed by petitioner Luis Duarte without prejudice.

/s/                                              8/6/2015
Peter Oppeneer, Clerk of Court                        Date